# LARSON·O'BRIEN LLP

Jerry A. Behnke
Direct: 213.436.4873
jbehnke@larsonllp.com

March 24, 2020

The Honorable J. Paul Oetken
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

RE: United States v. Amanda Secor
Case No. S2 18 Cr. 519 (JPO)

Dear Judge Oetken:

We are writing to request an order exonerating Ms. Secor's bail and for return of her passport.

On May 24, 2018, the Court entered an order releasing Ms. Secor on pretrial supervision with various conditions, including a $10,000 PRB signed by a financially responsible third party. The Court also ordered that Ms. Secor surrender her passport.

On February 19, 2020, this Court sentenced Ms. Secor to time served and placed her on three years' supervised release. She is currently being supervised by the United States Probation Office in the Central District of California. Therefore, we respectfully request that the Court enter an order exonerating the bail and directing that Pretrial Services return Ms. Secor's passport to her.

On March 16, 2020, the undersigned informed the Government and Pretrial Services of our intent to submit this request. They did not object. Ms. Regina Joyner responded that Pretrial Services has possession of Ms. Secor's passport and that, upon receipt of a court order, they will send the passport to Ms. Secor or to the Probation office in California.

Thank you for your consideration.

> Granted. Defendant's May 24, 2018 bond is hereby exonerated. Pretrial Services is directed to release custody of defendant's passport.
> So Ordered.
>   March 24, 2020

Respectfully submitted,

LARSON O'BRIEN LLP

*/s/ Jerry A. Behnke*

Jerry A. Behnke

cc: Thane Rehn, Assistant United States Attorney
Regina M. Joyner, Supervising U.S. Pretrial Services
Adriana Corona-Buergo, U.S. Pretrial Services Office

_____
J. PAUL OETKEN
United States District Judge

L·O   P: (213) 436-4888   F: (213) 623-2000
www.larsonobrienlaw.com

Los Angeles
555 South Flower Street, Suite 4400
Los Angeles, CA 90071

Washington D.C.
440 First Street NW, Suite 450
Washington, D.C. 20001