UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
             UNITED STATES OF AMERICA

                      v.

             AMANDA SECOR,

                    Defendant.

-------------------------------------------------- x

ORDER TERMINATING
SUPERVISED RELEASE

Case No. 18 Cr. 519-4 (JPO)

      WHEREAS, on February 19, 2020, Defendant Amanda Secor was placed on supervised release for a period of 36 months;

      WHEREAS, Defendant Secor has complied with the rules and regulations of supervised release and is no longer in need of supervision; and

      WHEREAS, on October 22, 2021, Defendant Secor filed an Unopposed Motion for Early Termination of Supervision;

      NOW, THEREFORE, IT IS ORDERED THAT:

      1. Defendant Amanda Secor's Unopposed Motion for Early Termination of Supervision is granted.

      2. Amanda Secor is hereby discharged from supervision in this matter.

Dated:  New York, New York

        February 28         , 2022

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge